JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED MAY 1 1 2005

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAY 1 1 '05

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

    A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

<u>MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation</u>

<u>Southern District of Alabama</u>

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

<u>District of New Jersey</u>

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

<u>Northern District of New York</u>

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

<u>Southern District of New York</u>

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237


05cv11017 PBS

R16MLD

# U.S. District Court
## Southern District of Alabama - District Version 2.4 (Mobile)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00768-WS-L

| | |
|---|---|
| Owens v. Pfizer, Inc. et al | Date Filed: 12/01/2004 |
| Assigned to: Judge William H. Steele | Jury Demand: Both |
| Referred to: Magistrate Judge Kristi D. Lee | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: Mobile Circuit Court, 04-04035 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Product Liability | |

### Plaintiff

**Darlene Owens**　　　　　　　　　　　　　　represented by **Frank Woodson**
*as Personal Representative of the*　　　　　　　　　　　　　Beasley, Allen, Crow, Methvin,
*Estate of Joseph Frank Owens,*　　　　　　　　　　　　　　Portis & Miles, P.C.
*deceased*　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 4160
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36103-4160
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　334-269-2343
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　frank.woodson@beasleyallen.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Kenneth B. Fromson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Finkelstein & Partners, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　436 Robinson Ave.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Newburgh, NY 12550
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　800-624-1212
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ronald Rosenkranz**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Finkelstein & Partners, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　436 Robinson Ave.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Newburgh, NY 12550
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　800-624-1212
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Pfizer, Inc.**　　　　　　　　　　　　　　　　　　represented by **Andrew Burns Johnson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bradley, Arant, Rose & White

1819 Fifth Ave. N.
Birmingham, AL 35203
(205) 521-8000
Fax: 2055218800
Email: ajohnson@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred M. Haston, III**
Bradley, Arant, Rose & White
1819 Fifth Ave. N.
Birmingham, AL 35203
(205) 521-8000
Fax: 2055218713
Email: thaston@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Gewin**
Bradley, Arant, Rose & White
1819 Fifth Ave. N.
Birmingham, AL 35203
(205) 521-8000
Fax: 2055218800
Email: jgewin@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Warner-Lambert Co.** | represented by | **Andrew Burns Johnson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Fred M. Haston, III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James W. Gewin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/01/2004 | 1 | NOTICE OF REMOVAL by Pfizer, Inc., Warner-Lambert Co. from Mobile County Circuit Court, case number 04-4035. ( Filing fee $ 150, Receipt number 49338.) (Attachments: # 1 Civil Cover Sheet, # 2 Complaint, # 3 Exhibits)(tgw) (Entered: 12/02/2004) |
| 12/01/2004 | 2 | Disclosure Statement filed by Defendants Pfizer, Inc., Warner-Lambert Co. Ref to Judge Steele and Judge Lee (tgw) (Entered: 12/02/2004) |
| 12/01/2004 | 3 | MOTION to Dismiss and MOTION for Judgment on the Pleadings by Pfizer, Inc., Warner-Lambert Co. Referred to Judge Steele(tgw) (Entered: 12/02/2004) |
| 12/02/2004 | 4 | PRELIMINARY SCHEDULING ORDER entered. Rule 26 Meeting Report due by 1/17/2005. Signed by Judge Kristi D. Lee on 12/2/04. (tgw) (Entered: 12/02/2004) |
| 12/02/2004 | 5 | Document endorsed NOTED by Judge William H. Steele : Disclosure Statement2 filed by Warner-Lambert Co., Pfizer, Inc. (Steele, William) (Entered: 12/02/2004) |
| 12/02/2004 | 6 | MOTION for Hearing *on Motion to Dismiss* by Warner-Lambert Co.. (Johnson, Andrew) (Entered: 12/02/2004) |
| 12/02/2004 | 7 | Order, re: 3 MOTION to Dismiss MOTION for Judgment on the Pleadings filed by Warner-Lambert Co. & Pfizer, Inc., responses due by 12/16/2004 and replies due by 12/27/2004. Motion to be taken under submission on 12/28/2004.Signed by Judge Steele. Copies to parties 12/3/04.(mpp) (Entered: 12/03/2004) |
| 12/03/2004 | | REFERRAL OF 6 MOTION for Hearing *on Motion to Dismiss* to Judge Steele. NOTE: There is no image for this entry. (mpp) (Entered: 12/03/2004) |
| 12/14/2004 | 8 | RESPONSE in Opposition re 3 MOTION to Dismiss MOTION for Judgment on the Pleadings filed by Darlene Owens. (Attachments: # 1 Exhibit Petition for Letters of Administration# 2 Exhibit Letters of Administration)(Woodson, Frank) (Entered: 12/14/2004) |
| 12/14/2004 | | REFERRAL OF 8 Response in Opposition to Motion to Judge Steele. NOTE: There is no image for this entry. (tgw, ) (Entered: 12/14/2004) |
| 12/27/2004 | 9 | REPLY Brief filed by Defendants Pfizer, Inc., Warner-Lambert Co. re: 8 Response in Opposition to Motion filed by Pfizer, Inc., Warner-Lambert Co.. (Attachments: # 1 Exhibit Exhibit A)(Johnson, Andrew) (Entered: 12/27/2004) |
| 12/27/2004 | | REFERRAL OF 9 Reply Brief to Judge Steele. NOTE: There is no image for this entry. (mpp) (Entered: 12/27/2004) |
| 12/29/2004 | 10 | ORDER denying 3 Motion to Dismiss, denying 3 Motion for Judgment on the Pleadings . Signed by Judge William H. Steele on 12/29/04. (tgw) (Entered: 12/30/2004) |

| | | |
|---|---|---|
| 01/10/2005 | [11](#) | ANSWER to Complaint with Jury Demand by Pfizer, Inc., Warner-Lambert Co..(Johnson, Andrew) (Entered: 01/10/2005) |
| 01/18/2005 | [12](#) | REPORT of Rule 26(f) Planning Meeting. (Woodson, Frank) (Entered: 01/18/2005) |
| 01/19/2005 | | REFERRAL OF [12](#) Report of Rule 26(f) Planning Meeting to Judge Lee. NOTE: There is no image for this entry. (tgw) (Entered: 01/19/2005) |
| 01/25/2005 | [13](#) | SCHEDULING ORDER: Pretrial Conference set for 7/19/2006 09:00 AM in Chambers before Judge William H. Steele. Amended Pleadings due by 4/29/2005. Discovery cutoff 5/1/2006. Motions due by 5/9/2006. Jury Selection set for 8/1/2006 09:00 AM in Courtroom 2A before Judge William H. Steele. Jury Trial set for 8/1/2006 09:00 AM in Courtroom 2A before Judge William H. Steele. Position Regarding Settlement due by 5/1/2006. Signed by Judge Kristi D. Lee on 1/25/05. (Attachments: # [1](#) Standing Pretrial Order)(tgw) (Entered: 01/25/2005) |
| 01/25/2005 | [14](#) | AMENDED SCHEDULING ORDER: Pretrial Conference reset for 7/18/2006 09:00 AM in Chambers before Judge William H. Steele. Signed by Judge Kristi D. Lee on 1/25/05. (tgw) (Entered: 01/25/2005) |
| 02/11/2005 | [15](#) | *26(a)(1) Initial Disclosures* filed by Darlene Owens. (Woodson, Frank) Modified docket text on 2/11/2005 (mpp). (Entered: 02/11/2005) |
| 03/31/2005 | [16](#) | MOTION for Ronald Rosenkranz & Kenneth B. Fromson to Appear Pro Hac Vice forDarlene Owens. (Attachments: # [1](#) Applications, # [2](#) Certification)Referred to Judge Lee 4/4/05. (mpp) Additional attachment# [3](#) PHV fee added on 4/5/2005 (mpp). (Entered: 04/04/2005) |
| 04/15/2005 | [17](#) | ORDER denying [16](#) Motion to Appear Pro Hac Vice as set out. Signed by Judge Kristi D. Lee on 4/15/05. Copies to parties.(mpp) (Entered: 04/15/2005) |

### PACER Service Center
#### Transaction Receipt

05/17/2005 15:28:04

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-00768-WS-L |
| Billable Pages: | 2 | Cost: | 0.16 |