UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------------X
DARLENE OWENS, as personal Representative
of the Estate of JOSEPH FRANK OWENS,
Deceased,

                        Plaintiff,

                                                  NOTICE OF
            -vs-                               APPEARANCE

PFIZER, INC., PARKE-DAVIS, a division of          05 CIV 11017-PBS
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,

                        Defendants.
-----------------------------------------------------------------------X

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff DARLENE OWENS, as personal Representative of the Estate of JOSEPH FRANK OWENS, Deceased.

I certify that I am admitted to practice pro hac vice In Re Neurontin Marketing, Sales Practice and Products Liability Litgation (MDL Docket No. 1629) in this court.

June 30, 2005

                                                  _____
                                                  ELEANOR L. POLIMENI, ESQ. (EP-8687)
                                                  of FINKELSTEIN & PARTNERS, LLP
                                                  436 Robinson Avenue
                                                  Newburgh, N.Y. 12550
                                                  Phone: (800) 634-1212
                                                  Fax: 845-562-3492
                                                  E-mail: epolimeni@lawampm.com